MEMORANDUM OPINION




Nos. 04-07-00288-CR & 04-07-00289-CR



Annie GONZALES,


Appellant



v.



The STATE of Texas,


Appellee



From the County Court at Law No. 4, Bexar County, Texas


Trial Court Nos. 965560 & 207289


Honorable Sarah Garrahan-Moulder, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: July 11, 2007

 

DISMISSED

 Appellant has filed motions to dismiss her appeals by withdrawing her notices of appeal. The
motions are granted, and the appeals are dismissed. See Tex. R. App. P. 42.2(a).


 PER CURIAM

Do Not Publish